UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Taylor Corporation, Plaintiff, v. Geographics, Inc., Defendant. | ) ) ) ) ) ) ) ) ) | Civil No. 01-402 JRT/FLN **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Taylor Corporation and defendant Geographics, Inc., that plaintiff's claims against the defendant, together with all claims or causes of action alleged therein by plaintiff against defendant, may be dismissed with prejudice and on the merits, without further cost to any of the parties.

Dated: 12/2, 2001.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By Laura J. Hein
Laura J. Hein
Attorney No. 155160
Gina Tiefenthaler
Attorney No. 0264878
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

Attorneys for plaintiff
Taylor Corporation

FILED
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

MICHAEL BEST & FRIEDRICH LLP

Dated: 12/12, 2001.

By [signature]
Thomas P. Henegahn
One South Pinckney Street
Suite 700
P.O. Box 1806
Madison, WI 53701-1806
Telephone: 608-257-3501

Attorneys for defendant
Geographics, Inc.

**ORDER**

Pursuant to the above stipulation of the parties,

IT IS HEREBY ORDERED that plaintiff's claims against defendant, together with all claims or causes of action alleged therein by plaintiff against defendant, may be dismissed with prejudice and on the merits, without further cost to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 19th day of December, 2001.

BY THE COURT:

[signature]
John R. Tunheim
United States District Court Judge

GP:846837 v1